Maggie Pearl Sharp et al., appellants, v. Matthew S. Sharp et al., appellees.  Gen. No. 8,110.

Partition.  Decree against defendants on cross-bill involving a freehold.  Appeal from the Circuit Court of Sangamon county; the Hon.

E. S. Smith, Judge, presiding. Heard in this court at the April term, 1927. Cause transferred to Supreme Court. Opinion filed October 31, 1927.

S. H. Cummins, for appellants. L. E. Stone, for appellees.

Mr. Justice Eldredge delivered the opinion of the court.